Mattina Prop. Mgt., Inc. v Mattina-Alfieri (2026 NY Slip Op 00695)

Mattina Prop. Mgt., Inc. v Mattina-Alfieri

2026 NY Slip Op 00695

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, NOWAK, AND DELCONTE, JJ.

113 CA 24-01815

[*1]MATTINA PROPERTY MANAGEMENT, INC., PLAINTIFF-APPELLANT,
vGABRIELLE A. MATTINA-ALFIERI, ALSO KNOWN AS GABRIELLE A. MATTINA, JAMES S. ALFIERI, CO-ADMINISTRATOR OF THE ESTATE OF JAMES J. BENJAMIN ALFIERI, AND AMY FRANCES MILLARD, CO-ADMINISTRATOR OF THE ESTATE OF JAMES J. BENJAMIN ALFIERI, DEFENDANTS-RESPONDENTS. 

LAW OFFICE OF RALPH C. LORIGO, WEST SENECA (JON F. MINEAR OF COUNSEL), FOR PLAINTIFF-APPELLANT.
WEBSTER SZANYI LLP, BUFFALO (ANDREW O. MILLER OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Raymond W. Walter, J.), entered September 10, 2024, in an action to quiet title. The order granted the motion of James S. Alfieri and Amy Frances Millard to dismiss the complaint against them. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court